UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-611-T-24SPF

DIEGO FERNANDO CARDONA LOZANO
_____/

## SENTENCING MEMORANDUM

The Defendant, Mr. Diego Fernando Cardona Lozano ("Mr. Lozano"), by and through his undersigned attorney, Mr. Adam J. Nate, pursuant to 18 U.S.C. §§ 3553 and 3551, files this memorandum in support of his request for the following sentence as to Counts One and Two: 15 years imprisonment run concurrent, followed by a 5-year term of supervised release as to Count One and a concurrent 3-year term of supervised release as to Count Two.

Mr. Lozano will appear before this Honorable Court via Zoom video conferencing on August 11, 2020, and the Court will sentence him for conspiring to distribute, and possessing with the intent to distribute, cocaine intended for importation into the United States in violation of 21 U.S.C. §§ 959, 963, and 960(b)(1)(B)(ii), and 18 U.S.C. § 3238, as well as conspiring to commit international money laundering in violation of 18 U.S.C. § 1956(a)(2)(A). Presentence Report ("PSR") ¶¶ 3 – 5, 7.

1

Mr. Lozano, 45 years old, is a citizen of Colombia and has been in the custody of either Colombian or American legal authorities since January 4, 2018. The United States Probation Office ("USPO") has determined his United States Sentencing Guidelines advisory imprisonment range is 324 – 405 months, or 27 – 33.75 years. PSR ¶ 88. A prison sentence even at the low-end of such a range, taking into account Mr. Lozano's age and health conditions (see PSR ¶¶ 75 – 78), is realistically a probable life sentence. While Mr. Lozano does not have any objections to the USPO's guideline calculation, and at his sentencing hearing will formally withdraw the remaining objection identified in the addendum to the PSR, he requests the Court sentence him to 15 years in prison, which will formally be followed by a term of supervised release but in reality will conclude in Mr. Lozano's deportation.

Given the unique nature and circumstances of Mr. Lozano's case, undersigned counsel intends to thoroughly yet concisely detail at his sentencing hearing the reasons for Mr. Lozano's request for a 6-level downward departure or variance, and outline the factors that support the 15-year prison sentence he respectfully requests.

Respectfully submitted this 10th day of August, 2020.

        JAMES T. SKUTHAN
        ACTING FEDERAL DEFENDER

        **/s/ *Adam J. Nate***

        Adam J. Nate
        Florida Bar No.0077004
        Assistant Federal Defender
        400 N. Tampa Street, Suite 2700
        Tampa, Florida 33602
        Telephone: (813) 228-2715
        E-mail: Adam_Nate@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of August, 2020, a true and correct copy of the foregoing was furnished by using the CM/ECF system to the Clerk of the Court, which will send notice of the electronic filing to the following:

Mr. Daniel Michael Baeza, Assistant United States Attorney

        **/s/ Adam J. Nate**

        Adam J. Nate
        Assistant Federal Defender