UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:17-cr-611-SCB-SPF

DIEGO FERNANDO CARDONA LOZANO

### MOTION BY THE UNITED STATES FOR
### DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
### BASED UPON SUBSTANTIAL ASSISTANCE

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing

Guidelines and Title 18, United States Code, Section 3553(e), the United States

moves this Court to grant a two-level reduction in the defendant Diego Fernando

Cardona Lozano's offense level, and in support thereof states as follows:

### MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence

to reflect a defendant's substantial assistance. USSG §5K1.1. Here, the defendant

was the first to provide truthful and timely information to the United States as to his

role and the roles of others in the charged conspiracy. The United States believes

that, because of his efforts on behalf of the United States, Cardona Lozano should

receive a two-level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the United States' motion

for downward departure of the defendant's sentence.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney


By:    */s/ Daniel M. Baeza*
       Daniel M. Baeza
       Assistant United States Attorney
       United States Attorney No. 164
       400 N. Tampa St. Ste. 3200
       Tampa, Florida 33602-4798
       Telephone: (813) 274-6000
       Facsimile:(813) 274-6358
       E-mail: daniel.baeza@usdoj.gov

2

**U.S. v. Cardona Lozano**                    **Case No. 8:17-cr-611-SCB-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice

of electronic filing to the Counsel of Record.

> Frank W. Zaremba
> Federal Public Defender's Office


> */s/ Daniel M. Baeza*
> Daniel M. Baeza
> Assistant United States Attorney
> United States Attorney No. 164
> 400 N. Tampa St. Ste. 3200
> Tampa, Florida 33602-4798
> Telephone: (813) 274-6000
> Facsimile:(813) 274-6358
> E-mail: daniel.baeza@usdoj.gov