UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO. 8:17-cr-611-SCB-SPF | DATE: November 9, 2021 |
|---|---|
| **HONORABLE SUSAN C. BUCKLEW** | **INTERPRETER:** James Plunkett |
| | **LANGUAGE:** Spanish |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DIEGO FERNANDO CARDONA LOZANO**<br>(Custody) | **GOVERNMENT'S COUNSEL:**<br>Daniel M. Baeza, AUSA<br><br>**DEFENDANT'S COUNSEL:**<br>Adam J. Nate, AFPD |
| **COURT REPORTER:** Sharon Miller | **PROBATION OFFICER:** Wilmarisa Martínez |
| **TIME:** 8:59 A.M. – 9:04 A.M. &<br>9:13 A.M. - 9:34 A.M. | **TOTAL:** 26 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURTROOM:** 10B |

**PROCEEDINGS: CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES**

Court in session.

All parties are present in the courtroom and identified for the record.

The interpreter is sworn.

The defendant is sworn.

The Court summarizes the history of the case.

The defendant pled guilty to Counts One and Two of the Superseding Indictment.

The guilty pleas have been accepted and the Court has adjudicated the defendant guilty of those offenses.

The defendant filed a Sentencing Memorandum (Doc. 78).

The United States filed a sealed Sentencing Memorandum (Doc. 81).

The Government filed a Motion for Downward Departure of Defendant's Sentence Based Upon Substantial Assistance (Doc. 108).

Government's counsel addresses the Court.

The next portion of the proceedings were sealed.

*~SEALED PROCEEDINGS~*

Defense counsel addresses the Court and requests a variance.

The defendant addresses the Court.

Government's counsel addresses the Court.

For the reasons articulated on the record, the United States' Motion for Downward Departure of Defendant's Sentence Based Upon Substantial Assistance (Doc. 108) is GRANTED, and the Court departs downward two-levels and also varies downward two-levels and sentences the defendant as follows:

> Imprisonment: 210 Months. This term consists of a 210-month term as to Count One and a 210-month term as to Count Two, all such terms to run concurrently. And, the defendant shall receive credit from the time that he was arrested in Columbia on January 4, 2018.
>
> Supervised Release: 5 years [60 months]. This term consists of a 5-year term as to Count One and a 3-year term as to Count Two, all such terms to run concurrently.
>
> Standard terms and conditions apply.
>
> Special conditions:
>
> 1. The defendant will be deported and he shall not re-enter the United States without the express permission of the appropriate governmental authority.
>
> 2. The defendant shall cooperate in the collection of DNA as directed by the Probation Officer.
>
> 3. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. The defendant must submit to random drug testing not to exceed 104 tests per year.
>
> Fine is waived.
>
> Special Assessment: $200.00 to be paid immediately.

The underlying Indictment is dismissed on motion of the United States.

Court's recommendations to the Bureau of Prisons:

- Designation at Miami Federal Correctional Institution, or in the alternative, Coleman Federal Correctional Institution;

- The defendant has been paroled into the United States involuntarily to face prosecution, therefore, he should be entitled to participate in the same programs available to anyone else who is in the United States legally;

- The defendant shall be allowed to participate in educational programs, such as English classes for Spanish speakers; and

- The defendant shall be allowed to participate in any available work programs and/or vocational training programs offered by the Bureau of Prisons.

The Final Order of Forfeiture at Doc. 89 will become a part of the Judgment.

The defendant is advised of his right to appeal and to counsel on appeal.

The defendant is remanded to the custody of the United States Marshal to await designation by the BOP.

**GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING:** *Before any departures and/or variances*

| | |
|---|---|
| Total Offense Level | 41 |
| Criminal History Category: | I |
| Imprisonment Range | 324 months - 405 months |
| Supervised Release Range | 5 years as to Ct.1 & 1-3 years as to Ct. 2 |
| Restitution: | N/A |
| Fine Range | $50,000 – $13,793,005.14 |
| Special Assessment | $200 |