UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:17-cr-611-SDM-SPF-1

DIEGO FERNANDO CARDONA LOZANO

### CONSENT MOTION TO UNSEAL PLEA AGREEMENT

The United States of America, by and through the undersigned, hereby moves the Court to direct the Clerk to unseal the Defendant's, Diego Fernando Cardona Lozano's, plea agreement. Dkt. 55. On December 17, 2019, the Defendant pled guilty via a plea agreement which was filed with the Clerk of Court. Dkt. 55. At the request of the Defendant, this plea agreement was kept under seal.

The parties have recently conferred and there is no longer any reason to keep the plea agreement (Dkt. 55) sealed. The government respectfully requests that the plea agreement be unsealed immediately.

The Defendant is pro-se. The government has discussed this motion with the Defendant and he approves.

Respectfully submitted,

MARGARET MOESER
Chief

By:   */s/ Ariana Lazzaroni*   .
Ariana Lazzaroni
Adrienne Rosen

Joseph Palazzo
Money Laundering and Asset Recovery Section
U.S. Department of Justice
1400 New York Avenue, N.W. – 10th Floor
Washington, D.C. 20005
Tel: (202) 514-1263
joseph.palazzo@usdoj.gov
adrienne.rosen@usdoj.gov
ariana.lazzaroni@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, knowing that a copy will be automatically generated and delivered electronically to all counsel of record.

/s/ *Ariana Lazzaroni*
Ariana Lazzaroni